UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LATOYA CHRISTMAS, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Case No. 1:14-cv-10366 |
| ) | |
| RENT RECOVER LLC and ) | |
| CITY WIDE PROPERTY ) | Hon. Joan B. Gottschall |
| MANAGEMENT, INC., ) | |
| ) | |
| DEFENDANTS. ) | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorney and the Defendants and Defendants' attorneys, that pursuant to Rule 41(a) (1) (A) (ii) of the Federal Rules of Civil Procedure, the above-titled action against the Defendants shall be and hereby is dismissed without prejudice and on the merits, with each side to bear its own fees and costs.

However, if this case is not refiled within 45 days of the filing of this stipulation, Plaintiff respectfully requests that this Honorable Court then dismiss the case with prejudice and on the merits, with each side to bear its own fees and costs.

**Dated: March 16, 2015**

s/ *Bryan Paul Thompson*
Michael Wood
Andrew Finko
Bryan Thompson
**Wood Finko & Thompson P.C.**
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312)757-1880
Fx: (312)265-3227
*Attorneys for Plaintiff*

s/ *Dana Perminas*
Dana Perminas
Messer, Stilp & Strickler, Ltd.
166 W. Washington Street, Suite 300
Chicago, Illinois 60602
312-334-3476
312-334-3434 (fax)
Perminas@messerstilp.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, Bryan Paul Thompson, an attorney, hereby certify that on March 16, 2015, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: March 16, 2015**                                                                 Respectfully submitted,


                                                                          By:    /s/ *Bryan Paul Thompson*

Michael Wood
Andrew Finko
Bryan Thompson
***Wood Finko & Thompson P.C.***
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312)757-1880
Fx: (312)476-1362
mwood@woodfinkothompson.com
afinko@woodfinkothompson.com
bthompson@woodfinkothompson.com