# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Latoya Christmas

                      Plaintiff,

v.                                           Case No.: 1:14–cv–10366
                                                    Honorable Joan B. Gottschall

Rent Recover LLC, et al.

                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, March 17, 2015:

      MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the parties' stipulation of dismissal, this case is dismissed with leave to reinstate by 5/5/15. If no motion to reinstate is filed, the dismissal will automatically convert to a dismissal with prejudice on this date. Motion hearing set for 3/18/15 is stricken. Civil case terminated. Mailed notice(mjc, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.